UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-14051-CIV-MARRA/LYNCH

**CONNIE BISHOP,**

    **Plaintiff,**

v.

**ROSS EARLE & BONAN, P.A.
and JACOB E. ENSOR,**

    **Defendants.**
_____/



FILED by _____ D.C.

JAN 1 8 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## ORDER ON PLAINTIFF'S MOTIONS TO COMPEL RESPONSES TO INTERROGATORIES [D.E. 32] AND [D.E. 33]

**THIS CAUSE** having come on to be heard upon the aforementioned motions and this Court having reviewed the motions, the responses and the replies, as well as the Notices [D.E. 36] and [D.E. 38], this Court makes the following findings:

1. The filing of unexecuted responses to the interrogatories is insufficient. Further, portions of the answers to these three interrogatories are insufficient as well. This Court is only addressing Interrogatories Nos. 1, 2 and 3 sent to each of the respective Defendants since these are the only interrogatories set forth in the Motions to Compel. This Court will not address any of the other Interrogatory responses.

2. In respect to Interrogatories Nos. 1 and 2 sent to each Defendant, those interrogatories shall be responded to completely. The interrogatories request the number of persons to whom these letters may have been sent and not the number of letters. The interrogatories shall be responded to specifically as to the questions asked.

3. In respect to Interrogatory 3 sent to each Defendant, the process "used to identify or calculate" shall not be required to be provided by interrogatory answer. This is an issue of discovery which is best addressed during a deposition where there can be

questions, answers, and follow-ups to those questions. An interrogatory is not the appropriate discovery tool to determine and describe a "process" which includes the computer system accessed and the method by which the information was searched as is set forth in the interrogatory. However, this Court will require the Defendants to identify by name the individuals who conducted the search in question so that those individuals can be deposed should the parties wish to do so.

4. The Plaintiff has had to file these motions to compel these appropriate responses. Therefore, the Court will grant a total of $500.00 as attorney's fees jointly and severally against the Defendants to pay to counsel for the Plaintiff within thirty (30) days of the date of this Order.

It is therefore

**ORDERED AND ADJUDGED** that the Motions [D.E. 32], [D.E. 33] are **GRANTED** IN PART and **DENIED** IN PART in strict conformance with this Court's findings set forth above and that complete executed responses to each set of Interrogatories shall be provided to the Plaintiff by each respective Defendant within thirty (30) days of the date of this Order and the attorney's fees awarded shall be paid at that same time.

**DONE AND ORDERED** this _18th_ day of January, 2017, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Leo Desmond, Esq.
David P. Hartnett, Esq.