### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:15-cv-14501-KAM

CONNIE BISHOP, *on behalf of herself*
*and all others similarly situated*

       *Plaintiff*,

v.

ROSS EARLE & BONAN, P.A.,
*a Florida Professional Corporation,* and
JACOB E. ENSOR, *individually*

       Defendants.

_____/

### <u>DECLARATION OF LEO WASSNER DESMOND</u>

I, Leo W. Desmond, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

    1.     The Law Office of Leo W. Desmond represents the Plaintiff, Connie Bishop, in this matter.  I am the senior attorney in the office representing Plaintiff.

    2.     I have conferred with Plaintiff throughout the instant litigation and Plaintiff seeks my appointment as class counsel for the reasons stated herin.

    3.     I am admitted to the Bars of New York (1994), New Jersey (1994), Florida (1995), and Colorado (1997).  Additionally, I am admitted to practice in the following Federal District Courts and Appellate Courts:

        The Southern District of Florida;

        The Middle District of Florida;

        The Bankruptcy Court Middle District of Florida;

The Bankruptcy Court Southern District of Florida;

The Southern District of New York;

The Eastern District of New York;

The District of New Jersey;

The District of Colorado;

The District of Nebraska;

The U.S. Court of Appeals for the 1st Circuit;

The U.S. Court of Appeals for the 2nd Circuit;

The U.S. Court of Appeals for the 3rd Circuit; and

The U.S. Court of Appeals for the 11th Circuit.

3.      I received a Bachelor of Arts from Rollins College (1980), a Masters of Business Administration from Fordham University (Beta Gamma Sigma 1988), and a Juris Doctorate, cum laude, from New York Law School (1994).

4.      I co-authored "Determining Excessive Trading Options Accounts: A Synthetic Valuation Approach," 23 U. of Dayton L. Rev., 316 (1997).

5.      Prior to embarking into my own practice, I was employed as an associate at two recognized firms specializing in class action litigation: Wolf Haldenstein Adler Freeman & Herz, New York, New York, 1994 to 1995; and Burt & Pucillo, West Palm Beach Florida, 1995 to 1996.

6.      Prior to practicing law, I was the Managing Partner of L.W. Desmond & Company and was an options floor trader holding an options membership at the New York Stock Exchange and the American Stock Exchange.  Additionally, I was previously a member of the New York Futures Exchange.  I have additional managerial experience as I was a Vice President and Director of Risk Analysis for a Merrill Lynch subsidiary prior to practicing law.

7.      I have served as class counsel on over a 150 securities class actions since founding the Law Office of Leo W. Desmond in 1995. Additionally, I have served as lead class counsel in nine certified Fair Debt Collection Practices Act classes in the Southern District of Florida.

8.      My practice areas include securities class actions, antitrust class actions, and consumer class actions, including several privacy class actions and class actions brought under the Fair Debt Collection Practices Act

9.      I have a diverse litigation practice, with a primary focus on representing plaintiffs who have suffered economic injuries due to violations of federal and/or state consumer law statutes. I handle matters at both the trial and appellate levels. I have represented individuals and various corporate clients in a wide-variety of complex commercial cases.

10.     A partial list of matters in which I served as class counsel are listed below.

11.     With respect to the matter at bar, I have investigated all potential claims in this matter and my law firm will, and has committed, all resources, financial, professional and otherwise in order to oversee the adequate administration of the instant class action litigation as well as to protect the best interests of the class.

Executed at Vero Beach, Florida, on February 9, 2017.

Leo W. Desmond

## CLASS AND DERIVATIVE LITIGATION

The firm has served as class or derivative counsel in a variety of actions including, but not limited to:

## CONSUMER RELATED LITIGATIONS

Battle v. The Law Office of Charles McKinnon, P.L. et al.
        USDC Southern District of Florida, Civ No. 2:12-cv-14172-KMM

Benkert v. Capital One Bank (USA), N.A.
        USDC Southern District of Florida, Civ No. 1:12-cv-22580-MGC

Bummolo v. The Law Office of Charles McKinnon, P.L. et al.
        USDC Southern District of Florida, Civ No. 2:11-cv-14408-KMM

Burke  v. Jay Steven Levine, P.A.
        USDC Southern District of Florida, Civ No. 2:13-cv-14267-JEM

Pederson v. Law Offices of Marshall C. Watson, P.A. et al.
        USDC Southern District of Florida, Civ No. 2:12-cv-14349-JEM

Iyamu v. Clarfield, Okon, Salomone & Pincus, et al.
        USDC Southern District of Florida, Civ No. 0:12-cv-62371-ASG

Prinsen v. Association Law Group, P.L.
        USDC Southern District of Florida, Civ No. 2:14-cv14047-JEM

Rankin v. Douglas C. Zahm, P.A.
        USDC Southern District of Florida, Civ No. 2:14-cv-14094-KAM

Rodriguez v. Association Law Group, P.L.
        USDC Southern District of Florida, Civ No. 2:14-cv-14053-JEM

Walker v. Greenspoon Marder, P.A.
        USDC Southern District of Florida, Civ No. 2:13-cv-14487-KAM

## SECURITIES RELATED LITIGATIONS

In re 2TheMart.Com Inc Securities Litigation,
   USDC Central District of California, Civ No. SACV-99-1127 DOC (ANx)

In Re Aames Financial Corp. Securities Litigation,
   USDC Central District of California, Civ. No. 97-6714-CAS (ANX)

Rosenberg, et al. v. Abercrombie & Fitch, et al.,
   USDC Southern District of Ohio, Civ. No. 99-CV-1331

Reiger v. Altris Software, Inc.,
   USDC Southern District of California, Civ. No. 98cv0528-TW (JFS)

In re American Bank Note Holographics, Inc. Securities Litigation,
   USDC Southern District of New York, Civ. No. 99CV412

Mortensen v. AmeriCredit Corp., et al. ,
   USDC Noerthern District of Texas, Civ. No. 99-CV-0789-D

Mills v. Amplidyne, Inc., et al.,
   District of New Jersey, Civ. No. 99-CV-5100

In Re Anadigics, Inc. Securities Litigation,
   USDC District of New Jersey, Civ. No. 98-CV-917

In Re Analytical Surveys, Inc. Securities Litigation,
   USDC Southern District of Indiana, Civ. No. IP00-201 M/S

In Re Anchor Gaming Securities Litigation,
   USDC District of Nevada, Civ No. CV-S-97-1751-DAE (RJJ)

In Re Ancor Communications, Inc. Securities Litigation,
   USDC District of Minnesota, Civ. No. 97-CV-1969 ADM/JGL

In Re Assisted Living Concepts, Inc. Securities Litigation,
   USDC District of Oregon, Civ. No. 99-167-AA

Manavazian, et al. v. ATEC Group, Inc., et al.,
   USDC Eastern District of New York, Civ. No. 99-CV-4993

Burton v. Aurora Foods Inc., et al.,
   USDC Northern District of California, Civ. No. 00-CV-20339

In Re The Baan Company Securities Litigation,
    USDC District of Columbia, Civ. No. 98-2465 (JHG)


In Re Baker Hughes Inc. Securities Litigation
    USDC Southern District of Texas, Civ. No. H-99-4281


In Re Bank One Shareholders Class Actions
    USDC Northern District of Illinois, Civ. No. 00-CV-880


In re Bergen Brunswick Corp Securities Litigation,
    USDC Central District of California, Civ. No. SACV 99-1305 AHS(ANx)


In Re BMC Software Inc. Securities Litigation,
    USDC Southern District of Texas, Civ. No. H-99-0715


In Re Boeing Securities Litigation,
    USDC Western District of Washington, Civ. No. C-97-1715-Z


In Re Boston Scientific Corp. Securities Litigation,
    USDC District of Massachusetts, Civ. No. 98-12239-MLW


In Re Cabletron Systems, Inc. Securities Litigation,
    USDC District of New Hampshire, Civ. No. C-97-542-SD


Sievers v. Candie's Inc., et al.,
    USDC Southern District of New York, Civ. No. 99 Civ. 3618


In Re Capstead Mortgage Corp. Securities Litigation,
    USDC Northern District of Texas, Civ. No. 3:98-CV-1716-L


Ryan, et al v. Carematrix Corp., et al.,
    USDC District of Massachusetts, Civ. No. 99-CV-12477


Garrity v. Caribbean Cigar Company,
    USDC Southern District of Florida, Civ. No. 97-3802-MOORE


Genut v. Carnegie International, et al.,
    USDC District of Maryland, Civ. No. 99-CV-1688


Earle v. Carnival Corporation, et al.,
    USDC Southern District of Florida, Civ. No. 00-CV-1173


Echavarri v. CellStar Corporation, et al.,
    USDC Southern District of Florida, Civ. No. 99-1502

<u>Miller v. Champion Ent Inc, et al.</u>,
    USDC Eastern District of Michigan, Civ. No. 99-CV-74231

<u>In Re CHS Electronics, Inc. Securities Litigation</u>,
    USDC Southern District of Florida, Civ. No. 99-8186-CIV-GOLD

<u>Bird v. COHR, Inc.</u>,
    USDC Central District of California, Civ No. 98-4177 JSL (BQRx)

<u>In Re Command Systems Inc. Securities Litigation</u>,
    USDC Southern District of New York, Civ. No. 98-CIV-3279 (AKH)

<u>Kurtzman, et al. v. Compaq Computer Corp., et al.</u>,
    USDC Southern District of Texas, Civ. No. 99-CV-779

<u>Ganesh, et al. v. Computer Learning Centers, Inc.</u>,
    USDC Eastern District of Virginia, Civ No. CA-98-859-A

<u>In Re Corel Corp. Securities Litigation</u>,
    USDC Eastern District of New York, Civ. No. 98 Civ. 1296 (DRH) (ARL)

<u>In Re Credit Acceptance Corporation Securities Litigation</u>,
    USDC Eastern District of Michigan, Civ. No. 98-70417

<u>In Re Criimi Mae, Inc. Securities Litigation</u>,
    USDC District of Maryland, Civ. No. DKC 98-3373

<u>In Re Crystallex International Corp. Securities Class Action Litigation</u>,
    USDC Southern District of New York, Civ. No. 98 Civ-98-4810 (JM)

<u>In re Curative Health Services, Inc. Securities Litigation</u>,
    USDC Eastern District of New York, Civ. No. CV 99-2074 (LDW)

<u>Cheney v. CyberGuard Corporation</u>,
    USDC Southern District of Florida, Civ. No. 98-6879-CIV-GOLD

<u>In Re Cybermedia Litigation</u>,
    USDC Central District of California, Civ. No. CV98-1811 CBM (Ex)

<u>Wenderhold, et al v. Cylink Corporation, et al</u>,
    USDC Northern District of California, Civ. No. 3:98-CV-4292

<u>In Re Data Systems Network Corporation Securities Litigation</u>,
    USDC Eastern District of Michigan, Civ. No. 98-CV-70854

<u>In Re Delgratia Mining Corporation Securities Litigation</u>,
    USDC District of Nevada, Civ. No. MDL 1201

<u>Jahanforuz, et al v. Detection Systems, et al.</u>,
    USDC Western District of New York, Civ. No. 98-CV-6068

<u>In Re Digital Lightwave, Inc. Securities Litigation</u>,
    USDC Middle District of Florida, Civ. No. 98-152-CIV-T-24-E

<u>Melcher v. Duke & Company, Inc.</u>,
    USDC Southern District of New York, Civ. No. 98 Civ. 1310 (DC)

<u>Wright, et al. v. Engineering Animation, Inc., et al.</u>,
    USDC Southern District of Iowa, Civ. No. 99-CV-10590

<u>In Re Equisure, Inc., Securities Litigation</u>,
    USDC District of Minnesota, Civ. No. 97-2056 RHK/JMM

<u>In Re ESC Medical Systems Ltd. Securities Litigation</u>,
    USDC Southern District of New York, Civ. No. 98 Civ. 7530 (MBM)

<u>In re Evans Systems Securities Litigation</u>,
    USDC Southern District of Texas, Civ. No. H-99-2182

<u>In Re Exide Corporation Securities Litigation</u>,
    USDC Eastern District of Michigan, Civ. No. 98-CV-60061-AA

<u>Strategic Risk Management, Inc. v. Federal Express Corporation</u>,
    Supreme Court of the State of New York, Appellate Division, Index No. 97-601135

<u>In Re FirstPlus Financial Group, Inc. Securities Litigation</u>,
    USDC Northern District of Texas, Civ. No. 3:98-CV-2551-L

<u>In Re: Focus Enhancements Inc. Securities Litigation</u>,
    USDC District of Massachusetts, Civ. No. 99-CV-12344

<u>In re FVC.COM, Inc. Securities Litigation</u>,
    USDC Northern District of California, Civ. No. C-99-1815-CRB

<u>In Re Gametech International, Inc. Securities Litigation</u>,
    USDC District of Arizona, Civ. No. 2:98-CV-0268

Hal Bloomberg Trust, et.al. v. Gencor Industries, Inc., et al.,
    USDC Middle District of Florida, Civ. No. 6:99-CV-106

In Re Golden Bear Securities Litigation,
    USDC Southern District of Florida, Civ. No. 98-8520-CIV-HURLEY

In Re Graham-Field Health Products, Inc. Securities Litigation
    USDC Eastern District of New York, Civ. No. 98-CV-1923 (DRH) (ARL)

In Re Green Tree Financial Corp. Stock Litigation,
    USDC District of Minnesota, Civ. No. 97-2666 (JRT/RLE)

Herzog v. GT Interactive Software Corporation, et al.,
    USDC Southern District of New York, Civ No. 98 Civ. 0085 (SHS)

Dandrea v. Hastings Entertainment, et al.,
    USDC Northern District of Texas, Civ. No. 00-CV-760

Bunting, et al. v. HealthCor Holdings, Inc., et al.,
    USDC Northern District of Texas, Civ. No. 398CV0744-L

Norman, et al v. Hi/Fn, Inc., et al.,
    USDC Northern District of California, Civ. No. 99-CV-5384

In Re Home Link Corporation Securities Litigation,
    USDC Southern District of Florida, Civ No. 96-7206-CIV-GONZALES

Kalishman v. Huizenga, et al.,
    Seventeenth Judicial Circuit, Broward County, Florida, Civ. No. 97015659 08 CACE

Rosenberg, et al. v. Hybrid Networks, Inc., et al.,
    USDC Northern District of California, Civ. No. C-98-20956-RMW

TFM Investment v. IBP, Inc., et al.,
    USDC District of Nebraska, Civ. No. 00-CV-106

In Re IKON Office Solutions, Inc. Securities Litigation,
    USDC Eastern District of Pennsylvania, Civ. No. 98-cv-4286 (MK)

In Re Imperial Credit Industries, Inc. Securities Litigation,
    USDC Central District of California, Civ. No. CV 98-8842 SVW

<u>In Re Informix Corp. Securities Litigation,</u>
　　　USDC Northern District of California, Civ. No. C-97-1289 CRB

<u>Scarborough v. Indus International, et al.,</u>
　　　USDC Northern District of California, Civ. No. 00-CV-20338

<u>In Re Inso Corp. Securities Litigation,</u>
　　　USDC District of Massachusetts, Civ. No. 99-10193-WGY

<u>In Re Interneuron Pharmaceuticals Litigation,</u>
　　　USDC District of Massachusetts, Civ. No. 1:97-12254-REK

<u>Freeland, et al v. Iridium World Comm, et al,</u>
　　　USDC District of Columbia, Civ. No. 99-CV-01002

<u>Harris, et al. v. Ivax Corporation, et al.,</u>
　　　U.S. Court of Appeals, 11th Circuit, No. 98-04818

<u>In Re JDA Software Group, Inc.,</u>
　　　USDC District of Arizona, Civ. No. 2:99-CV-65

<u>Rosenfeld v. Laser Technology, Inc., et al.,</u>
　　　USDC District of Colorado, Civ. No. 99-N-266

<u>Herzfeld v. Legato Systems, Inc, et al</u>
　　　USDC Northern District of California, Civ. No. 00-CV-00533

<u>Funke, et al v. Life Financial Corp., et al,</u>
　　　USDC Southern District of New York, Civ. No. 99-CV-11877

<u>In Re Livent, Inc. Securities Litigation,</u>
　　　USDC Southern District of New York, Civ. No. 98-CIV-5686 (RWS)

<u>In re Lucent Technologies Inc. Securities Litigation,</u>
　　　USDC District of New Jersey, Civ. No. 00-CV-621

<u>Danny Abbott, et al v. Mattel Inc, et al,</u>
　　　USDC Central District of California, Civ. No. 00-CV-61

<u>In Re: The Maxim Group, Inc. Securities Litigation,</u>
　　　USDC Northern District of Georgia, Civ. No. 99-CV-1280

<u>In Re McKesson HBOC, Inc. Securities Litigation,</u>
　　　USDC Northern District of California, Civ. No. C-99-20743-RMW

In Re Med/waste, Inc., Securities Litigation,
    USDC Southern District of Florida, Civ. No. 99-1684-CV-DAVIS

Kinney v. Metro Global Media, Inc., et al.,
    USDC District of Rhode Island, Civ. No. 99-579-ML

Adair v. Microfield Graphics, et al.,
    USDC Southern District of New York, Civ. No. 00-CV-629

The Great Neck Capital Appreciation Investment Partnership, L.P., et al v. Microtest, Inc., et al,
    USDC District of Arizona, Civ. No. 99-0438

In Re Milestone Scientific Securities Litigation,
    USDC District of New Jersey, Civ. No. 98-3404 ALJ

In Re Miller Industries, Inc. Securities Litigation,
    USDC Northern District of Georgia, Civ. No. 1:97-CV-2811-TWT

In Re Mitcham Industries, Inc. Securities Litigation,
    USDC Southern District of Texas, Civ. No. H-98-1244

In re Motorcar parts & Accessories, Inc Securities Litigation,
    USDC Central District of California, Civ. No. 99-CV-7971

In Re N2K, Inc. Securities Litigation,
    2nd Circuit Court of Appeals, No. 99-7745

In Re NAL Financial Group, Inc. Securities Litigation,
    USDC Southern District of Florida, Civ. No. 97-6616-CIV-HURLEY

In Re Nanophase Technologies Corporation Securities Litigation,
    USDC Northern District of Illinois, Civ. No. 98 C 3450

In Re National Auto Credit, Inc. Securities Litigation,
    USDC Northern District of Ohio, Civ. No. 1:98 CV 0264

Stearns v. Navigant Consulting, et al,
    USDC Northern District of Illinois, Civ. No. 99-CV-7617

In Re Neoware Systems, Inc. Securities Litigation,
    USDC Eastern District of Pennsylvania, Civ. No. 98-CV-2582

<u>Beasley v. Netmanage, Inc., et al.,</u>
    USDC Northern District of California, Civ. No. C-98-1794-CRB

<u>Knisley, et al v. Networks Associates, et al.,</u>
    USDC Northern District of California, Civ. No. 99-CV-1729

<u>Mortensen v. Nine West Group, Inc.,</u>
    USDC Southern District of New York, Civ. No. 99 Civ. 1169

<u>In Re The North Face, Inc. Securities Litigation,</u>
    USDC District of Colorado, Civ. No. 99-WM-473

<u>D Colin v. Onyx Acceptance Corp, et al,</u>
    USDC Central District of California, Civ. No. 00-CV-87

<u>In re Orbital Sciences Corp. Securities Litigation,</u>
    USDC Eastern District of Virginia, Civ. No. 99-197-A

<u>In Re Osicom Technologies, Inc. Securities Litigation,</u>
    USDC Central District of California, Civ. No. 99-CV-4321

<u>Ayzenberg v. Pediatrix Medical Group, Inc., et al.,</u>
    USDC Southern District of Florida, Civ. No. 99-6460-CIV-GRAHAM

<u>In Re Peritus Software Services, Inc. Securities Litigation,</u>
    1st Circuit Court of Appeals, No. 99-1743

<u>In Re Petsmart, Inc. Securities Litigation,</u>
    USDC District of Arizona, Civ. No. 2:98 CV 0020 PHX

<u>Cutsforth v. Renschler, et al. (PharMerica Securities Litigation),</u>
    USDC Middle District of Florida, Civ. No. 98-2424-CIV-T-25B

<u>In Re Photran Corp. Securities Litigation,</u>
    USDC District of Minnesota, Civ. No. 97-1138 (ADM/JGL)

<u>In Re Physician Computer Network, Inc. Securities Litigation,</u>
    USDC District of New Jersey, Civ. No. 98-981 (MTB)

<u>In Re Picturetel Corporation Securities Litigation,</u>
    USDC District of Massachusetts, Civ. No. 97-12135-DPW

<u>Giacomo v. Plains all American Pipeline L.P., et al.,</u>
    USDC Southern District of Texas, Civ. No. H-99-4137

<u>In Re Premier Laser Systems, Inc. Securities Litigation</u>,
    USDC Central District of California, Civ. No. 8:98-CV-388-AHS (Eex)

<u>In Re Premiere Technologies, Inc. Securities Litigation</u>,
    USDC Northern District of Georgia, Civ. No. 1:98-CV-1804-JOF

<u>In re Protection One, Inc. Securities Litigation</u>,
    USDC Central District of California, Civ. No. 99-03755

<u>Panopoulos v. PSS World Medical, Inc., et al.</u>,
    USDC Middle District of Florida, Civ. No. 3:99-268-Civ-J-21B

<u>In Re Rainforest Café, Inc. Securities Litigation</u>,
    USDC District of Minnesota, Civ. No. 98-CV-74

<u>Tuffly V. Wilde, et al. (Ravisent Technologies, Inc. Securities Litigation)</u>,
    USDC Eastern District of Pennsylvania, Civ. No. 00-CV-1929

<u>In Re Republic Services, Inc. Securities Litigation</u>,
    USDC Southern District of Florida, Civ. No. 99-7204-CIV-DIMITROULEAS

<u>In Re Resource America Securities Litigation</u>,
    USDC Eastern District of Pennsylvania, Civ. No. 98-CV-5446

<u>In re Ribozyme Pharmaceuticals, Inc. Securities Litigation</u>,
    USDC District of Colorado, Civ. No. 99-CV-2235

<u>In Re Riscorp, Inc. Securities Litigation</u>,
    USDC Middle District of Florida, Civ. No. 96-2374-CIV-T-23A

<u>In Re S3 Securities Litigation</u>,
    Superior Court of California, County of Santa Clara, Civ. No. CV770003

<u>Stanley, et al. v. Safeskin Corporation, et al.</u>,
    USDC Southern District of California, Civ. No. 99-CV-454

<u>Patel, et al v. Safety Components, et al.</u>,
    USDC District of New Jersey, Civ. No. 00-CV-82

<u>Lyons, et al v. Safety-Kleen Corp, et al.</u>,
    USDC District of South Carolina, Civ. No. 00-CV-996

<u>In Re Samsonite Corp. Securities Litigation</u>,
      USDC District of Colorado, Civ. No. 98-K-1878

<u>Lone Star Ladies Investment Club, et al. v. Schlotzsky's, Inc., et al.</u>,
      USDC Western District of Texas, Civ. No. A-98-CA-550-JN

<u>In re Sirena Apparel Group, Inc. Securities Litigation</u>,
      USDC Central District of California, Civ. No. 99-05973-R (MANx)

<u>In Re Sirrom Capital Corporation Securities Litigation</u>,
      USDC Middle District of Tennessee, Civ. No. 3-98-0643

<u>Stuart L Greenberg, et al v. Skechers USA Inc, et al.</u>,
      USDC Central District of California, Civ. No. 00-CV-1978

<u>In Re Smart Modular Technologies, Inc. Securities Litigation</u>,
      USDC Northern District of California, Civ. No. C-98-20692-JW (PVT)

<u>In re SmarTalk Teleservices, Inc. Securities Litigation</u>,
      USDC Southern District of Ohio, Civ. No. C2:98-814

<u>Emile-Marie, Inc. v. Christie's, Inc., et al.</u>,
      USDC Southern District of New York, Civ. No. 00-CV-2723

<u>In Re Southern Pacific Funding Corporation Securities Litigation</u>,
      USDC District of Oregon, Civ. No. 98-1239-MA

<u>In Re Spectrian Corp. Securities Litigation</u>,
      USDC Northern District of California, Civ. No. C-97-4672-CW

<u>D'Auila v. Starnet Comm Intl, et al.</u>,
      USDC District of Delaware, Civ. No. 99-CV-0793

<u>In Re The Stephan Co. Securities Litigation</u>,
      USDC Southern District of Florida, Civ. No. 99-6434-CIV-DIMITROULEAS

<u>In re Stewart Enterprises, Inc. Securities Litigation</u>,
      USDC Eastern District of Louisiana, Civ. No. 99-CV-2572

<u>Coleman v. Styling Technology, et al</u>,
      USDC District of Arizona, Civ. No. 00-CV-75

<u>In Re Sunbeam Securities Litigation</u>,
      USDC Southern District of Florida, Civ. No. 98-8258-CIV-MIDDLEBROOKS

Biaga, et al. v. Chadsey, et al. (Sunglass Hut Securities Litigation),
    USDC Southern District of Florida, Civ. No. 97-0191-CIV-MOORE

Horwitz v. Sunterra Corp., et al.,
    USDC Middle District of Florida, Civ. No. 6:00cv00285

Wilkes v. Sykes Enterprises, et al.,
    USDC Middle District of Florida, Civ. No. 8:00cv00425

In Re Theragenics Corp. Securities Litigation,
    USDC Northern District of Georgia, Civ. No. 1:99-CV-0141 (TWT)

In Re Think New Ideas, Inc. Consolidated Securities Litigation,
    USDC Southern District of New York, Civ. No. 98 Civ. 6809 (SHS)

In Re Triteal Corporation Securities Litigation,
    USDC Southern District of California, Civ. No. 97cv2008-H (CGA)

In Re Turbodyne Technologies, Inc. Securities Litigation,
    USDC Central District of California, Civ. No. CV 2:99-00697 MMM (BQRx)

Becker, et al. v. Tyco International, Inc., et al.,
    USDC Southern District of Florida, Civ. No. 00-8105

Uzelac v. UICI, et al,
    USDC Northern District of Texas, Civ. No. 00-CV-329

Castlerock Management, Ltd, et al. v. Ultralife Batteries, et al.,
    USDC District of New Jersey, Civ No. 98-3619 (MTB)

Meyer v. Unistar Financial Service Corp., et al.,
    USDC Northern District of Texas, Civ. No. 99-CV-1857

Bess v. Upgrade Intl Corp, et al.,
    USDC Western District of Washington, Civ. No. 00-CV-589

Danis v. USN Communications, Inc., et al.,
    USDC Northern District of Illinois, Civ. No. 98-cv-7482

Sikes v. Value America, Inc., et al.,
    USDC Western District of Virginia, Civ. No. 00-CV-4

<u>In re VISA Check/Mastermoney Antitrust Litigation</u>,
     USDC Eastern District of New York, Civ. No. 96-CV-5238 (JG)

<u>Patel v. V-One Corporation, et al.</u>,
     USDC District of Maryland, Civ. No. 00-CV-00469

<u>In Re Wabash National Corporation Securities Litigation</u>,
     USDC Northern District of Indiana, Civ. No. 4:99CV0003 AS

<u>In Re Waste Management, Inc. Securities Litigation</u>,
     USDC Southern District of Texas, Civ. No. 99-CV-2183

<u>Karabedian v. Westbridge Capital Corp.</u>,
     USDC Northern District of Texas, Civ. No. 397CV3087-T

<u>In re Worldport Communications, Inc. Securities Litigation</u>,
     USDC Northern District of Georgia, Civ. No. 99-CV-1817

<u>In Re Zila, Inc. Securities Litigation</u>,
     USDC District of Arizona, Civ. No. 2:99-0115 PHX EHC