UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:15-cv-14051-KAM

CONNIE BISHOP, *on behalf of herself
and all others similarly situated*

    *Plaintiff*,

v.

ROSS EARLE & BONAN, P.A.,
*a Florida Professional Corporation,* and
JACOB E. ENSOR, *individually*

    Defendants.

_____/

### DECLARATION OF CONNIE BISHOP IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Connie Bishop, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true:

1. I am the plaintiff in this lawsuit.

2. I received, through my attorney, the "Demand Letter" attached to the Class Action Complaint as, Exhibit 1, which is the subject of this litigation. [DE 1-4].

3. This "Demand Letter" concerns an alleged debt incurred for personal, family, or household purposes, *i.e.*, an alleged delinquency on the homeowner's association fines for my primary residence.

4. I understand that this lawsuit alleges that Defendants violated the Fair Debt Collection Practices Act ("FDCPA") by failing to state that I had to dispute the debt in writing in order to receive verification of the debt or a copy of a judgement of the debt, as required by the FDCPA. The "Demand Letter" is misleading and confusing because it states that I was not

required to dispute the debt in writing while the statute requires such in order for me to receive verification of the debt or a copy of a judgement of the debt. Additionally, the Defendants would be under no obligation to verify the debt or send me a copy of a judgement of the debt, if I did not dispute the debt in writing.

5. I understand that certification is sought on behalf of a Class defined as (i) all persons (ii) to whom initial communication letters that contained the phrase, "Federal law gives you thirty (30) days after your receipt of this letter, to dispute the validity of the debt or any portion of it. If you do not dispute it within that period, we will assume it is valid. If you do dispute the debt, or any portion of it, you must notify us within the said thirty (30) day period, and we will, as required by law, obtain and mail to you, proof of the debt." (iii) that were mailed, delivered or caused to be served by the Defendants (iv) that were not returned undeliverable by the U.S. Post Office (v) in an attempt to collect a debt incurred for personal, family, or household purposes (vi) during the one year period prior to the filing of the original Complaint in this action through the date of certification. (the "Class").

6. I understand that the Class of persons on whose behalf the lawsuit was filed extends back one year prior to the filing of the Complaint in this action.

7. I understand that a class action is a lawsuit brought by at least one person, myself, on behalf of a group of people who have been treated in the same illegal manner by the Defendants.

8. I am willing to be a representative of the Class.

9. I understand:

    a. That as a Class representative I have the responsibility to see that the lawyer prosecutes the case on behalf of the entire class, not just myself.

b. That I may have to testify at a deposition and/or trial and provide documents and information for use in the case.

c. That the case cannot be dropped or settled without protecting the Class members. This normally means that the other Class members of the class have to get a fair monetary settlement of their claims.

d. That the Court has to approve any settlement or disposition on behalf of the Class.

10. It is my understanding from the Defendant Jacob E. Ensor's Response To Plaintiff's Second Set of Interrogatories and Defendant Ross, Earle & Bonan, P.A.'s Response to Plaintiff's Second Set of Interrogatories, that other "Demand Letters" substantially similar to the one sent to me were sent to at least 23 other individuals by Defendants.

11. I have arranged for my attorney to advance all costs of this action, including the cost of notification of the Class.

12. I understand that courts have sometimes awarded people money for serving as the Class representative, but that I am not entitled to such money as a matter of right, and that I have not been promised or guaranteed money for being the Class representative.

13. I am not employed by or related to my attorney, Leo W. Desmond. He will be paid as directed by the Court, if the case is successful, out of Defendants' assets or the funds recovered for the Class.

Executed on  2/8/2017 , 2017.

_____
CONNIE BISHOP